IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**GLENDOLA FLAKE**                                                                         **PLAINTIFF**

V.                              **CASE NO. 5:24-CV-5048**

**MERCY HOSPITAL NORTHWEST ARKANSAS**                              **DEFENDANT**

**JUDGMENT**

For the reasons stated in the Opinion and Order filed this day, **IT IS ORDERED AND ADJUDGED** that the Motion for Summary Judgment (Doc. 54) is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 25th day of June, 2025.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE