IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**GLENDOLA FLAKE**                                                       **PLAINTIFF**

V.                               CASE NO. 5:24-CV-5048

**MERCY HOSPITAL NORTHWEST ARKANSAS**            **DEFENDANT**

## AMENDED JUDGMENT

For the reasons stated in the Opinion and Order filed on June 25, 2025, **IT IS ORDERED AND ADJUDGED** that the Motion for Summary Judgment (Doc. 54) is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff Glendola Flake pay **$3,048.15** in costs to Defendant Mercy Hospital Northwest Arkansas, the prevailing party in this lawsuit.

**IT IS SO ORDERED AND ADJUDGED** on this 15th day of September, 2025.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE